```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAURICE CLARK, et. al.       :      CIVIL ACTION
                             :
         v.                  :
                             :
COLWYN BOROUGH, et. al.      :      NO. 12-3668
```

ORDER

AND NOW, this 10th day of August, 2015, upon consideration of the defendants' motions for summary judgment (Docket Nos. 57 & 60) and the opposition thereto, and after oral argument, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motions are GRANTED.  Judgment is entered for the defendants Colwyn Borough, Wendell Reed, and Tonette Pray and against the plaintiff Maurice Clark as to his claims under 28 U.S.C. § 1983; judgment is entered for the defendants Colwyn Borough, Wendell Reed, and Tonette Pray against the plaintiffs Kevin Banks, Sr., Clinton Craddock, Wesley Seitz, and Bryant Sterling as to their claims under 28 U.S.C. § 1983 and the Pennsylvania Whistleblower Law; and judgment is entered for the defendant Trevor Parham and against the plaintiff Kevin Banks, Sr. as to his claims for unlawful retaliation.

BY THE COURT:


_/s/ Mary A. McLaughlin_
MARY A. McLAUGHLIN, J.